# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newman, Jon O. | U.S. Court of Appeals for the Second Circuit | 06/02/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge senior status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

40 Foley Square
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Corporator | Hartford Hospital |
| 2. | Corporator | Institute of Living |
| 3. | Elector | Hartford Atheneum |
| 4. | Life Regent | University of Hartford |
| 5. | Trustee | No. 1 Famly Trust (assets listed in Part VII, lines 101-125 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 9/19/16 | University of North Carolina Press royalty | $89.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Houston | June 3-4, 2016 | Sante Fe, NM | attend conference on intellectual property | round trip air fare Sarasota to Santa Fe, two nights lodging, and meals |
| 2. | Yale University | Sept. 21-24, 2016 | New Haven, CT | attend Global Constitutional Seminar | breakfasts and parking three days |
| 3. | Duke University | July 22-2016 | Washington, D.C. | attend conferebce on class action rules | round trip train fare New York City to Washington D.C. |
| 4. | Opperman Foundation | Dec. 7-8, 2016 | Washington D.C. | attend ceremony to receive Devitt Award | round trip air fare Saeasota to Washington D.C. and lodging two nights |
| 5. | Harvard University | Sept. 7-8, 2016 | Cambridge, Mass. | attend seminar with Chinese judges | tround trip travel New York to Cambridge, Mass. |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Yale University | three nights lodging, lunches, and dinners at Global Constitutional seminar | $900.00 |
| 2. | Duke University | two nights lodging at conference on class action rules | $398.00 |
| 3. | Opperman Foundation | Devitt Award | $15,000.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank accounts and cash (H): | | | | | | | | | |
| 2. Bank of America -- Sarasota, FL -- Checking Acct. | A | Interest | M | T | | | | | |
| 3. Wells Fargo Bank | | None | J | T | | | | | |
| 4. Morgan Stanley account (H): | | | | | | | | | |
| 5. Morgan Stanley Active Assets Tax Free Trust | A | Interest | P1 | T | | | | | |
| 6. stocks (H): | | | | | | | | | |
| 7. Air Products | C | Dividend | M | T | | | | | |
| 8. Adient | | None | K | T | Buy | 10/31/16 | J | | |
| 9. Cisco | B | Dividend | L | T | | | | | |
| 10. Cummins | C | Dividend | M | T | | | | | |
| 11. Devon Energy | B | Dividend | L | T | | | | | |
| 12. Express Scripts | | None | M | T | | | | | |
| 13. Johnson and Johnson | C | Dividend | M | T | | | | | |
| 14. Johnson Controls (see Part VIII) | C | Dividend | | | Closed | 09/06/16 | M | G | |
| 15. Johnson Control Intl (see Part VIII) | E | Dividend | M | T | Spinoff (from line 14) | 09/06/16 | M | | |
| 16. Merck | D | Dividend | M | T | | | | | |
| 17. Microsoft | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Minnesota Miniing and Manufacturing | C | Dividend | M | T | | | | | |
| 19.   Royal Dutch Shell | D | Dividend | M | T | | | | | |
| 20.   Total Fina | D | Dividend | M | T | | | | | |
| 21.   Versum | | None | K | T | Buy | 10/16/16 | K | | |
| 22.   mutual funds (H): | | | | | | | | | |
| 23.   Calamos Growth & Income C Fund | D | Distribution | M | T | | | | | |
| 24.   Dreyfus Premier Technology Fund | A | Distribution | K | T | | | | | |
| 25.   Fed Max Cap Fund | B | Distribution | K | T | | | | | |
| 26.   Henderson Int'l Op. Fund | A | Dividend | K | T | | | | | |
| 27.   Invesco Balanced Risk Alloc. C Fund | B | Distribution | L | T | | | | | |
| 28.   Mainstay Large Cap Fund | B | Dividend | K | T | | | | | |
| 29.   Oppenheimer Mid Cap Revenue Fund | A | Dividend | L | T | | | | | |
| 30.   Oppenheimer Small Cap Revenue Fund | A | Dividend | L | T | | | | | |
| 31.   Prudential Jennison Small Cap Cl C Fund | C | Distribution | K | T | | | | | |
| 32.   Schwab 1000 Fund | B | Distribution | L | T | | | | | |
| 33.   SPDR Barcap Short Term Hi Yield Fund | B | Dividend | K | T | | | | | |
| 34.   bonds (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bay County FL. School Board '19 4.25 | C | Interest | M | T | | | | | |
| 36. Bound Brook NJ '21 4.0 | B | Interest | L | T | | | | | |
| 37. Clark Cty Nev. '21 5.0 | B | Interest | L | T | | | | | |
| 38. CT G.O. Ser. C '16 5.0 | B | Interest | | | Matured | 06/01/16 | K | | |
| 39. CT G.O. Ser. E '16 5.0 | B | Interest | | | Matured | 12/15/16 | L | | |
| 40. CT Health & Ed. '19 5.0 | A | Interest | L | T | | | | | |
| 41. CT Health '16 5.0 | C | Interest | | | Matured | 07/01/16 | L | | |
| 42. Dallas Tex '17 5.0 | B | Interest | L | T | | | | | |
| 43. Danbury CT. '19 2.5 | B | Interest | L | T | | | | | |
| 44. Duncanville TX '18 0 | | None | K | T | | | | | |
| 45. Florida Hurricane '16 5.0 | B | Interest | | | Matured | 07/01/16 | L | | |
| 46. Hawaii G.O. '18 4.0 | A | Interest | L | T | | | | | |
| 47. Jackson County '18 4.0 | B | Interest | L | T | | | | | |
| 48. LaPorte Ind | | None | L | T | Buy | 10/25/16 | L | | |
| 49. Lee County School Bd. '17 4.0 | B | Interest | L | T | | | | | |
| 50. Mich St Strat. '20 5.0 | C | Interest | M | T | | | | | |
| 51. Northern Mun. Pwr Agy Minn '17 5.0 | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. N.Y. Housing Develop. '18 2.25 | A | Interest | L | T | | | | | |
| 53. Oxford Mass G.O. '19 2.0 | A | Interest | L | T | | | | | |
| 54. Palm Beach Cty FL '27 4.375 | B | Interest | L | T | | | | | |
| 55. Penn. Higher Ed. | B | Interest | L | T | Buy | 09/20/16 | L | | |
| 56. Penn Pub. School '18 5.0 | B | Interest | L | T | | | | | |
| 57. Spokane Wash. '20 5.0 | B | Interest | L | T | | | | | |
| 58. Tampa Bay FL. Water '18 5.0 | B | Interest | L | T | | | | | |
| 59. Univ. CT '16 5.0 | B | Interest | | | Matured | 02/16/16 | K | | |
| 60. Wells Fargo Account (H): | | | | | | | | | |
| 61. Wells Fargo Advisors, Sarasota FL Money Market Acct | A | Interest | J | T | | | | | |
| 62. stocks (H): | | | | | | | | | |
| 63. Aflac | A | Dividend | J | T | | | | | |
| 64. AT&T | A | Dividend | J | T | Buy (add'l) | 03/04/16 | J | | |
| 65. Amgen | A | Dividend | J | T | | | | | |
| 66. Apple | A | Dividend | J | T | | | | | |
| 67. Berkshire Hathaway | | None | J | T | | | | | |
| 68. Boeing | A | Dividend | | | Sold | 02/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Cisco | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 70. Colgate-Palmolive | A | Dividend | J | T | | | | | |
| 71. Dow Chemical | A | Dividend | J | T | | | | | |
| 72. DuPont | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 73. ExxonMobil | A | Dividend | J | T | | | | | |
| 74. General Electric | A | Dividend | J | T | | | | | |
| 75. General Mills | A | Dividend | J | T | | | | | |
| 76. Gilead Sciences | A | Dividend | | | Sold | 07/27/16 | J | | |
| 77. Home Depot | A | Dividend | J | T | Buy | 08/16/16 | J | | |
| 78. Illinois Tool Works | A | Dividend | J | T | | | | | |
| 79. Intel | A | Dividend | J | T | | | | | |
| 80. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 81. JP Morgan Chase | A | Dividend | J | T | | | | | |
| 82. Kimberly-Clark | A | Dividend | J | T | | | | | |
| 83. Merck | A | Dividend | J | T | | | | | |
| 84. Nextera Energy | A | Dividend | J | T | | | | | |
| 85. Pfizer | A | Dividend | J | T | Buy (add'l) | 07/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Procter & Gamble | A | Dividend | J | T | Buy (add'l) | 03/04/16 | J | | |
| 87. UGI Corp. | A | Dividend | J | T | | | | | |
| 88. US Bancorp | A | Dividend | J | T | | | | | |
| 89. Verizon | A | Dividend | J | T | Buy | 07/27/16 | J | | |
| 90. Merrill Edge Account (H) | | | | | | | | | |
| 91. Merrill Lynch direct deposit program | | None | K | T | | | | | |
| 92. Ishares core S&P small cap etf fund | A | Dividend | K | T | | | | | |
| 93. Ishares S&P small cap 600 growth | A | Dividend | K | T | | | | | |
| 94. Powershares QQQ Trust Units Ser. 1 Fund | A | Dividend | K | T | | | | | |
| 95. Vanguard Mid-Cap Value Index Funs | A | Dividend | K | T | | | | | |
| 96. Apple Inc. | A | Dividend | K | T | | | | | |
| 97. Other (H): | | | | | | | | | |
| 98. 1/2 Int. W. Htfd. CT., Condo purchased 8/9/88 $115,000 | | None | L | R | | | | | |
| 99. Thames & Hudson Royalty Contract | A | Royalty | J | W | | | | | |
| 100. AIG Annuity (IRA) | B | Interest | K | T | | | | | |
| 101. AIG Annuity (IRA) | A | Interest | J | T | | | | | |
| 102. Trust No. 1 (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Morgan Stanley Active Assets Tax Free Trust | A | Int./Div. | M | T | | | | | |
| 104. - stocks (H): | | | | | | | | | |
| 105. - Adient | | None | J | T | Buy | 10/31/16 | J | | |
| 106. - Corning | B | Dividend | J | T | | | | | |
| 107. - Exxon Mobil | D | Dividend | J | T | | | | | |
| 108. - Honeywell | B | Dividend | J | T | | | | | |
| 109. - Insteel | B | Dividend | J | T | | | | | |
| 110. - Johnson Controls Intl (see Part VIII) | A | Dividend | J | T | Spinoff (from line 118) | 09/06/16 | J | | |
| 111. - Koninklijke Phillips | A | Dividend | J | T | | | | | |
| 112. - Mallinckrodt | | None | J | T | | | | | |
| 113. - M & T Bank | B | Dividend | J | T | | | | | |
| 114. - Medtronic | A | Dividend | J | T | | | | | |
| 115. - Norfolk Southern | B | Dividend | J | T | | | | | |
| 116. - Pfizer | B | Dividend | J | T | | | | | |
| 117. - The ADT Corp. | | None | | | Sold | 05/02/16 | J | A | |
| 118. - Tyco Int'l (see Part VIII) | A | Dividend | | | Closed | 09/06/16 | J | A | |
| 119. - mutual funds (H): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Federated Municipal High Yield Advantage A Fund | D | Int./Div. | N | T | | | | | |
| 121. - bonds (H): | | | | | | | | | |
| 122. - Bridgeport, CT '19 5.5 | D | Interest | M | T | | | | | |
| 123. - CT St Spl Tax '20 3.9 | B | Interest | L | T | | | | | |
| 124. - Miami-Dade County FL Sch. Bd. '17 4.0 | C | Interest | L | T | | | | | |
| 125. - New York NY Prior Issues '17 5.0 | B | Interest | K | T | | | | | |
| 126. - Penn. ST Higher ed. '18 5.0 | B | Interest | L | T | | | | | |
| 127. - Washington State mtr fuel '20 5.0 | B | Interest | L | T | | | | | |
| 128. - Trust No. 2: | | | | | | | | | |
| 129. - brokerage account No. 1 (H): | | | | | | | | | |
| 130. - Morgan Stanley Active Assets Tax Free Trust | A | Int./Div. | O | T | | | | | |
| 131. - stocks (H): | | | | | | | | | |
| 132. - 3M | C | Dividend | M | T | | | | | |
| 133. - Adobe Systems | | None | L | T | | | | | |
| 134. - Agilent | A | Dividend | K | T | | | | | |
| 135. - American Express | B | Dividend | L | T | | | | | |
| 136. - Automatic Data Processing | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Baxter Int'l | B | Dividend | M | T | | | | | |
| 138.  - Becton Dickinson | C | Dividend | N | T | | | | | |
| 139.  - Cigna | A | Dividend | M | T | | | | | |
| 140.  - Dominion Resources | D | Dividend | M | T | | | | | |
| 141.  - Edwards Life Resources | | None | M | T | | | | | |
| 142.  - Emerson Electric | B | Dividend | L | T | | | | | |
| 143.  - Express Scripts | | None | K | T | | | | | |
| 144.  - General Mills | D | Dividend | M | T | | | | | |
| 145.  - Home Depot | D | Dividend | N | T | | | | | |
| 146.  - Intel | C | Dividend | M | T | | | | | |
| 147.  - IBM | A | Dividend | K | T | | | | | |
| 148.  - McDonalds | C | Dividend | M | T | | | | | |
| 149.  - Microsoft | C | Dividend | M | T | | | | | |
| 150.  - Plum Creek Timber (see Part VIII). | | None | | | Closed | 02/22/16 | J | | |
| 151.  - Procter & Gamble | | None | L | T | | | | | |
| 152.  - RPM Int'l | D | Dividend | N | T | | | | | |
| 153.  - Shire | A | Dividend | M | T | Buy | 06/03/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Travelers | B | Dividend | L | T | | | | | |
| 155. - T Rowe Price | B | Dividend | K | T | | | | | |
| 156. - Weyerhauser (see Part VIII). | B | Distribution | K | T | Spinoff (from line 150) | 02/22/16 | J | | |
| 157. - bonds (H): | | | | | | | | | |
| 158. - Bethel CT '17 3.0 | B | Interest | | | Redeemed | 11/15/16 | K | | |
| 159. - Carbon Cnty PA '20 5.0 | A | Interest | L | T | Buy | 4/19/16 | L | | |
| 160. - Clark County Nev '17 3.0 | B | Interest | L | T | | | | | |
| 161. - Cromwell CT '20 4.0 | B | Interest | L | T | | | | | |
| 162. - CT Health & Ed '17 5.0 | C | Interest | L | T | | | | | |
| 163. - CT Mun. Elec. '16 4.0 | | None | | | Matured | 06/01/16 | K | | |
| 164. - Guilford CT '18 3.0 | B | Interest | L | T | | | | | |
| 165. - FYI PPTYS Wash. Lease '18 5.0 | B | Interest | L | T | | | | | |
| 166. - Harrison NJ '20 3.0 | B | Interest | L | T | | | | | |
| 167. - Hartford County '18 3.5 | B | Interest | L | T | | | | | |
| 168. - Indiana St Fin '19 5.0 | C | Interest | L | T | | | | | |
| 169. - Morgan Stanley Active AssetsTax Free Trust | A | Interest | M | T | | | | | |
| 170. - Newtown CT '16 2.25 | A | Interest | | | Matured | 02/16/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - New York City Turst for Cultural Reserve '21 5.0 | B | Interest | K | T | | | | | |
| 172. - New York ST Urban Dev '19 5.50 | C | Interest | L | T | | | | | |
| 173. - N.Y. Dorm. Auth. '17 5.0 | B | Interest | L | T | | | | | |
| 174. - Tampa FL '18 4.0 | B | Interest | K | T | | | | | |
| 175. - Southington CT '18 3.5 | B | Interest | L | T | | | | | |
| 176. - Univ. Hawaii '16 4.0 | B | Interest | | | Matured | 10/03/16 | K | | |
| 177. - Washington Health '23 5.25 | B | Interest | L | T | | | | | |
| 178. - brokerage account No. 2 (H): | | | | | | | | | |
| 179. - Mongan Stanley, New Haven, CT Money Market Acct. | A | Interest | N | T | | | | | |
| 180. - stocks (H): | | | | | | | | | |
| 181. - Abbott Labs | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 182. - Abbvie | A | Dividend | J | T | | | | | |
| 183. - Ace Ltd. (see Part VIII) | A | Dividend | | | Closed | 01/19/16 | J | | |
| 184. - Air Products | A | Dividend | J | T | | | | | |
| 185. - Alexion Pharm | B | Distribution | | | Sold | 09/09/16 | J | | |
| 186. - Alphabet Inc. | | None | J | T | Buy (add'l) | 03/16/16 | J | | |
| 187. - American Express | A | Dividend | J | T | Sold (part) | 03/16/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Anheuser Busch | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 189.  - Apple | A | Dividend | J | T | | | | | |
| 190.  - ASML Holding | | None | J | T | | | | | |
| 191.  - Automatic Data Processing | A | Dividend | J | T | | | | | |
| 192.  - Blackrock | A | Dividend | J | T | | | | | |
| 193.  - CDN Pacific RY | A | Dividend | J | T | | | | | |
| 194.  - Celgene | | None | J | T | | | | | |
| 195.  - Chevron | A | Dividend | J | T | | | | | |
| 196.  - Chubb (see Part VIII) | A | Dividend | J | T | Buy | 01/19/16 | J | | |
| 197.  - Coca-cola | A | Dividend | J | T | | | | | |
| 198.  - Comcast | A | Dividend | J | T | | | | | |
| 199.  - Conoco | A | Dividend | J | T | | | | | |
| 200.  - Constellation Brands | A | Dividend | J | T | Buy | 01/26/16 | J | | |
| 201. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 202.  - Diageo | A | Dividend | | | Sold | 03/16/16 | J | | |
| 203.  - Estee Lauder | A | Dividend | J | T | | | | | |
| 204.  - Exxon Mobil | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. - Facebook | | None | J | T | Buy (add'l) | 03/16/16 | J | | |
| 206. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 207. - Franklin Resources | | None | | | Sold | 01/26/16 | J | | |
| 208. - Gilead Science | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 209. - IBM | | None | | | Sold | 01/26/16 | J | | |
| 210. - Intercontinental Exchange Group (see Part VIII) | A | Dividend | J | T | | | | | |
| 211. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 212. - Intuitive Surgical | | None | J | T | Buy | 11/17/16 | J | | |
| 213. - JP Morgan Chase | A | Dividend | J | T | | | | | |
| 214. - McDonalds | A | Dividend | J | T | | | | | |
| 215. - Microsoft | A | Dividend | J | T | | | | | |
| 216. - Nestle | A | Dividend | J | T | | | | | |
| 217. - Nike | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 218. - Novartis | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 219. - Novo-Nordisk | A | Dividend | J | T | | | | | |
| 220. - Occidental Petroleum | A | Dividend | J | T | | | | | |
| 221. - Oracle | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Pepsico | A | Distribution | J | T | | | | | |
| 223. - Phillip Morris | A | Dividend | J | T | | | | | |
| 224. - Praxair | A | Distribution | J | T | | | | | |
| 225. - Qualcomm | A | Dividend | | | Sold | 03/16/16 | J | | |
| 226. - Procter & Gamble | A | Dividend | J | T | | | | | |
| 227. - Roche Holding | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 228. - Sabmiller | | None | | | Sold | 03/16/16 | J | A | |
| 229. - State St. Corp. | A | Dividend | J | T | | | | | |
| 230. - Target | A | Dividend | J | T | | | | | |
| 231. - Texas Instruments | A | Dividend | J | T | | | | | |
| 232. - Total | A | Dividend | J | T | | | | | |
| 233. - Twenty-first Century Fox | A | Dividend | J | T | Sold (part) | 03/16/16 | J | A | |
| 234. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 235. - Union Pacific | A | Dividend | J | T | | | | | |
| 236. - United Health | A | Dividend | J | T | Buy | 09/09/16 | J | | |
| 237. - United Technologies | A | Dividend | J | T | | | | | |
| 238. - Verisign | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - Visa | A | Dividend | J | T | Buy (add'l) | 04/20/16 | J | | |
| 240. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 241.  - Walgreen | A | Dividend | J | T | | | | | |
| 242.  - Walt Disney | A | Dividend | J | T | | | | | |
| 243.  - Wells Fargo | A | Dividend | J | T | | | | | |
| 244.  - Xilinx | A | Dividend | J | T | | | | | |
| 245.  - exchange traded and closed end funds (H): | | | | | | | | | |
| 246.  - Alerian MLP Exchange Traded Fund | C | Dividend | K | T | | | | | |
| 247.  - PowerShares Russell Midcap Pure Growth Fund | A | Dividend | K | T | | | | | |
| 248.  - PowerShares Russell Midcap Pure Value Fund | A | Dividend | K | T | | | | | |
| 249.  - SPDR Dow Jones Wilshire Int'l Real Est. Fund | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 250.  - SPDR Nuveen Barclays Fund (see Part VIII) | | None | | | Closed | 03/14/16 | J | | |
| 251.  - SPDR Nuveen Barclays Mun. Fund (see Part VIII) | A | Dividend | K | T | Spinoff (from line 250) | 03/14/16 | J | | |
| 252. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 253.  -Vanguard TTL World Stk Index Fund | B | Dividend | L | T | | | | | |
| 254.  - mutual funds (H): | | | | | | | | | |
| 255.  - Brandes Emergins Markets I Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  - Cohen & Steers Realty Fund | A | Dividend | K | T | Buy (add'l) | 12/30/16 | J | | |
| 257.  - Davis NY Venture Fund | A | Dividend | K | T | Buy (add'l) | 12/30/16 | J | | |
| 258.  - Franklin Conv. Sec. Adv. Fund | B | Dividend | K | T | Buy (add'l) | 12/30/16 | K | | |
| 259.  - Invesco Premier Tx Exempt Inst. Fund | A | Dividend | J | T | | | | | |
| 260.  - Invesco Small Cap Value Fund | A | Dividend | K | T | Buy (add'l) | 12/30/16 | J | | |
| 261.  - JP Morgan Dynamic Sm Cp Gr Sel Fund | A | Dividend | K | T | Buy (add'l) | 12/30/16 | J | | |
| 262.  - Legg Mason WA Emerg. Mkt. Debt I Fund | B | Dividend | K | T | | | | | |
| 263.  - Mainstay Large Cap Grw I Fund | C | Distribution | K | T | Buy (add'l) | 12/30/16 | J | | |
| 264.  - Mainstay Marketfield I Fund | | None | J | T | Buy (add'l) | 12/30/16 | J | | |
| 265.  - Nuveen limited term muni bond I Fund | A | Dividend | L | T | Buy (add'l) | 12/30/16 | J | | |
| 266.  - Oppenheier Int'l Bond Y Fund | A | Distribution | K | T | Buy (add'l) | 12/30/16 | J | | |
| 267.  - Prudential Jennison Mid Cap GW Z Fund | A | Distribution | J | T | Buy (add'l) | 12/30/16 | J | | |
| 268.  - Trust No. 3: | | | | | | | | | |
| 269.  - brokerage account No. 1 (H): | | | | | | | | | |
| 270.  - Morgan Stanley Active Assets Tax Free Trust | A | Int./Div. | N | T | | | | | |
| 271.  - stocks (H): | | | | | | | | | |
| 272.  - 3M Co. | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Air Products | C | Dividend | M | T | | | | | |
| 274. - Apache | B | Dividend | L | T | | | | | |
| 275. - Apple | B | Dividend | L | T | | | | | |
| 276. - Danaher | A | Dividend | L | T | | | | | |
| 277. - Fortive | A | Dividend | K | T | Spinoff (from line 276) | 07/08/16 | J | | |
| 278. - Johnson & Johnson | C | Dividend | L | T | | | | | |
| 279. - Versum | | None | J | T | Spinoff (from line 273) | 10/06/16 | J | | |
| 280. - bonds (H): | | | | | | | | | |
| 281. - Bay County FL School '18 3.5 | B | Interest | L | T | | | | | |
| 282. - CT Higher Ed. '17 3.85 | B | Interest | K | T | Redeemed (part) | 12/20/16 | J | | |
| 283. - Griswold '18 3.0 | B | Interest | L | T | | | | | |
| 284. - Janesville Wis. Sch. '19 4.125 | B | Interest | L | T | | | | | |
| 285. - Marlborough CT '16 4.0 | B | Interest | | | Matured | 09/15/16 | K | | |
| 286. - N.J. Transp. '17 5.0 | B | Interest | L | T | | | | | |
| 287. - Okla. Water Resources '19 5.0 | B | Interest | L | T | | | | | |
| 288. - San Buenaventura CA water '17 4.0 | A | Interest | K | T | | | | | |
| 289. - Southington CT '18 3.5 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. - Tampa FL Ubiv, '16 5.0 | A | Interest | | | Matured | 04/01/16 | K | | |
| 291. - brokerage account No. 2 (H): | | | | | | | | | |
| 292. - Morgan Stanley Active Assets Tax Free Trust | A | Int./Div. | M | T | | | | | |
| 293. - stocks (H): | | | | | | | | | |
| 294. - AIA Group | A | Dividend | J | T | | | | | |
| 295. - Air Liquide | A | Dividend | J | T | Sold (part) | 06/09/16 | J | | |
| 296. - Alfa Laval | A | Dividend | J | T | Buy | 02/12/16 | J | | |
| 297. - Allianz | A | Dividend | J | T | Sold (part) | 07/19/16 | J | A | |
| 298. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 299. - American Express | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |
| 300. - Anheuser Busch | A | Dividend | | | Sold | 11/16/16 | J | A | |
| 301. - Annaly Capital Mnmgt | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 302. - Arm Holdings | A | Dividend | | | Sold | 09/22/16 | J | A | |
| 303. - Aspen | | None | J | T | Buy | 10/12/16 | J | | |
| 304. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 305. - Atlas Copco | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 306. - Baidu | | None | J | T | Buy (add'l) | 06/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Banco Bilbao | A | Dividend | J | T | Buy (add'l) | 11/16/16 | J | | |
| 308. - Baxalta | A | Dividend | | | Sold | 06/03/16 | J | A | |
| 309. - Baxter Int'l | A | Dividend | | | Sold | 10/28/16 | J | A | |
| 310. - Bayer | | None | J | T | Buy | 09/08/16 | J | | |
| 311. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 312. - Bayerische Motore Werke | A | Dividend | J | T | | | | | |
| 313. - BBA Aviation | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 314. - Bed, Bath & Beyond | A | Dividend | | | Sold | 06/24/16 | J | | |
| 315. - BG Group | | None | | | Sold | 03/07/16 | J | | |
| 316. - Bunge | A | Dividend | J | T | Buy (add'l) | 01/13/16 | J | | |
| 317. - Canadian National Ry. | A | Dividend | J | T | | | | | |
| 318. - Charles Schwab | A | Dividend | J | T | Buy | 02/03/16 | J | | |
| 319. | | | | | Sold (part) | 11/22/16 | J | B | |
| 320. - Checkpoint | | None | J | T | Buy | 09/12/16 | J | | |
| 321. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 322. - Chevron | A | Dividend | | | Sold | 11/14/16 | J | A | |
| 323. - Cisco | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Coloplast | A | Dividend | | | Sold | 11/29/16 | J | | |
| 325. - Conoco Phllips | | None | J | T | Buy | 11/14/16 | J | | |
| 326. - CSL Ltd. | A | Dividend | J | T | | | | | |
| 327. - CVS Health | | None | J | T | Buy | 12/06/16 | J | | |
| 328. - Dassault Systems | A | Dividend | J | T | Sold (part) | 02/16/16 | J | A | |
| 329. - DBS Group | A | Dividend | J | T | Buy (add'l) | 04/07/16 | J | | |
| 330. - Diamond Offshore Drilling | | None | J | T | Sold (part) | 03/28/16 | J | | |
| 331. | | | | | Buy (add'l) | 01/13/16 | J | | |
| 332. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 333. - Ebay | | None | J | T | Sold (part) | 08/05/16 | J | A | |
| 334. | | | | | Buy (add'l) | 06/28/16 | J | | |
| 335. - Exelon | A | Dividend | J | T | Sold (part) | 03/28/16 | J | | |
| 336. | | | | | Buy (add'l) | 01/13/16 | J | | |
| 337. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 338. - Express Scripts | | None | J | T | Sold (part) | 12/06/16 | J | A | |
| 339. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 340. - Exxon Mobil | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  - Fanuc Ltd. | A | Dividend | J | T | Buy (add'l) | 04/14/16 | J | | |
| 342. | | | | | Sold (part) | 12/14/16 | J | A | |
| 343.  - Franklin Resiources | A | Dividend | J | T | | | | | |
| 344.  - Fresenius Medical Care | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 345.  - Fuchs Petrolub | A | Dividend | J | T | | | | | |
| 346.  - Glaxo Smith Kline | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 347.  - Grifols S.A. | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 348.  - Grupo Televisa | A | Dividend | J | T | Buy | 05/26/16 | J | | |
| 349.  - Honda | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 350.  - Icici Bank | | None | | | Sold | 02/05/16 | J | | |
| 351.  - Icici Bank | | None | J | T | Buy | 12/14/16 | J | | |
| 352.  - HSBC Holdings | | None | J | T | Buy | 12/13/16 | J | | |
| 353. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 354.  - Imperial Oil | A | Dividend | | | Sold | 04/12/16 | J | | |
| 355.  - Itau Unibanco | A | Dividend | J | T | Sold (part) | 03/29/16 | J | | |
| 356. | | | | | Buy (add'l) | 01/08/16 | J | | |
| 357. | | | | | Buy (add'l) | 12/30/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - JGC | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 359. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 360. - Kone Oyj | A | Dividend | | | Sold | 11/02/16 | J | | |
| 361. - Kubota | A | Dividend | J | T | Buy | 05/26/16 | J | | |
| 362. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 363. - Linde AG | A | Dividend | J | T | Buy (add'l) | 03/30/16 | J | | |
| 364. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 365. - L'Oreal | A | Dividend | J | T | | | | | |
| 366. - LVMH Moet | A | Dividend | J | T | | | | | |
| 367. - Mack Cali Realty | | None | J | T | Sold (part) | 07/20/16 | J | A | |
| 368. | | | | | Buy (add'l) | 08/11/16 | J | | |
| 369. - McKesson | | None | J | T | Buy | 12/06/16 | J | | |
| 370. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 371. - Medtronic | A | Dividend | J | T | Buy (add'l) | 12/01/16 | J | | |
| 372. - Microsoft | A | Dividend | J | T | Buy (add'l) | 04/22/16 | J | | |
| 373. - Mitsubishi | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 374. - Monotaro | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - MTN Group | A | Dividend | | | Sold | 10/24/16 | J | | |
| 376. - Naspers Ltd. | A | Dividend | J | T | Buy (add'l) | 02/10/16 | J | | |
| 377. - Nestle | A | Dividend | J | T | | | | | |
| 378. - Novo Nordisk | | None | | | Sold | 02/10/16 | J | A | |
| 379. - Park24 | | None | J | T | Buy | 02/05/16 | J | | |
| 380. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 381. - Pepsico | A | Dividend | J | T | Sold (part) | 02/17/16 | J | A | |
| 382. - PNC Funancial | A | Dividend | J | T | Sold (part) | 11/22/16 | J | B | |
| 383. - PPG | A | Dividend | J | T | Buy | 11/04/16 | J | | |
| 384. - Procter & Gamble | A | Dividend | J | T | Buy (add'l) | 01/13/16 | J | | |
| 385. - Qualcomm | A | Dividend | J | T | | | | | |
| 386. - Roche | A | Dividend | J | T | Buy (add'l) | 09/07/16 | J | | |
| 387. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 388. - Royal Dutch Shell | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 389. - Sands China Ltd. | | None | | | Sold | 01/26/16 | J | | |
| 390. - SAP Ag | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 391. | | | | | Buy (add'l) | 12/30/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - Sasol | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 393. - Schlumberger | A | Dividend | J | T | Buy (add'l) | 01/13/16 | J | | |
| 394. - Shire | | None | J | T | Buy | 11/29/16 | J | | |
| 395. - Sonova | A | Dividend | J | T | | | | | |
| 396. - Southwestern Energy | | None | | | Sold | 01/27/16 | J | | |
| 397. - Suntrust | A | Dividend | J | T | | | | | |
| 398. - Svenska | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 399. - Symrise | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 400. - Sysmex | A | Dividend | J | T | Sold (part) | 06/24/16 | J | A | |
| 401. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 402. - Taiwan Semiconductor | A | Dividend | J | T | | | | | |
| 403. - Target | A | Dividend | J | T | Buy (add'l) | 05/18/16 | J | | |
| 404. - Tenaris | A | Dividend | J | T | Buy | 05/26/16 | J | | |
| 405. - Torchmark | A | Dividend | J | T | | | | | |
| 406. - Travelers | A | Dividend | J | T | | | | | |
| 407. - Turkiye Garantu Bankasi | A | Dividend | J | T | Buy (add'l) | 01/08/16 | J | | |
| 408. - US Bancorp | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Unicharm | A | Dividend | | | Sold | 05/26/16 | J | A | |
| 410. - Unilever NV NY | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 411. - Verizon | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 412. - Wal-Mart | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 413. - Wells Fargo | A | Dividend | J | T | | | | | |
| 414. - Whole Foods Markets | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 415. - WPP PLC | A | Distribution | J | T | | | | | |
| 416. - Exchange Traded & Closed End Funds: | | | | | | | | | |
| 417. - IShares MSCI Small Cap Fund | B | Dividend | K | T | | | | | |
| 418. - Mutual Funds (H): | | | | | | | | | |
| 419. - Brandes Int'l small cap equity\ I Fund | B | Dividend | K | T | | | | | |
| 420. - CRM Small Cap Value Inst. Fund | C | Dividend | M | T | | | | | |
| 421. - Franklin Fed. Intm. Trm. Tx. Fr. Adv. Fund | C | Distribution | M | T | Buy (add'l) | 12/30/16 | J | | |
| 422. - Gabelli Equity Fund | A | Dividend | M | T | Buy (add'l) | 12/30/16 | J | | |
| 423. - Invesco Premier Fund | A | Dividend | K | T | Buy (add'l) | 12/30/16 | J | | |
| 424. - Lord Abbett Conv. Fund | D | Dividend | M | T | | | | | |
| 425. - Lord Abbett Emerg. Mkts. Currr.Fund | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 29 of 50

Name of Person Reporting

Newman, Jon O.

Date of Report

06/02/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Nuveen Ltd. Term Mun. Bond Fund | A | Dividend | L | T | Buy (add'l) | 12/30/16 | J | | |
| 427. - Oppenheimer Int'l Bond Fund | A | Dividend | L | T | Buy (add'l) | 12/30/16 | J | | |
| 428. - Pimco Real Return Fnd | A | Dividend | L | T | Buy (add'l) | 12/30/16 | J | | |
| 429. - Thornburg Int'l Fund | A | Dividend | K | T | Buy (add'l) | 12/30/16 | J | | |
| 430. -Tweedy Browne Fund | A | Dividend | L | T | Buy (add'l) | 12/30/16 | J | | |
| 431. - Trust No. 4: | | | | | | | | | |
| 432. - brokerage account No. 1 (H): | | | | | | | | | |
| 433. - Morgan Stanley Active Assets Tax Free Trust | A | Dividend | N | T | | | | | |
| 434. - stocks (H): | | | | | | | | | |
| 435. - Apple | A | Dividend | K | T | | | | | |
| 436. - Automatic Data Processing | A | Dividend | K | T | | | | | |
| 437. - CDK Global | A | Dividend | J | T | Buy | 02/07/16 | J | | |
| 438. - Danaher | B | Dividend | K | T | | | | | |
| 439. - Ecolab | A | Dividend | M | T | | | | | |
| 440. - Exxon Mobil | A | Dividend | L | T | | | | | |
| 441. - Fortive | A | Dividend | J | T | Spinoff (from line 438) | 07/08/16 | J | | |
| 442. - Nike Class B | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 50

Name of Person Reporting

Newman, Jon O.

Date of Report

06/02/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - United Tchnologies | A | Dividend | L | T | | | | | |
| 444. - bonds (H): | | | | | | | | | |
| 445. - Kentucky St Prop '19 4.0 | B | Int./Div. | L | T | | | | | |
| 446. - N.J. St Transp. '17 5.75 | C | Interest | L | T | | | | | |
| 447. - NYC Transition Fin. '16 5.0 | B | Interest | | | Matured | 07/15/16 | K | | |
| 448. - Southington CT '18 35 | B | Interest | L | T | | | | | |
| 449. - U.S. Treasury '18 9.0 | B | Interest | J | T | | | | | |
| 450. - brokerage account No. 2 (H): | | | | | | | | | |
| 451. - Morgan Stanley Active Assets Tax Free Trust | A | Dividend | J | T | | | | | |
| 452. - stocks (H): | | | | | | | | | |
| 453. - Adient | | None | | | Buy | 10/28/16 | J | | |
| 454. | | | | | Sold | 11/01/16 | J | | |
| 455. - AIA Group | A | Dividend | J | T | | | | | |
| 456. - Air Liquide | A | Dividend | J | T | | | | | |
| 457. - Alfa Laval | A | Dividend | J | T | Buy | 02/12/16 | J | | |
| 458. - Allergan | | None | J | T | | | | | |
| 459. - Allianz | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 50

**Name of Person Reporting**

Newman, Jon O.

**Date of Report**

06/02/2017

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - AMC | | None | J | T | | | | | |
| 461. - Anadarko Petroleum | A | Dividend | J | T | | | | | |
| 462. - Anheuser-Busch | A | Dividend | | | Sold | 11/16/16 | J | A | |
| 463. - Anasys | | None | J | T | | | | | |
| 464. - Arm Holdings | A | Dividend | | | Sold | 09/22/16 | J | A | |
| 465. - AspenTechnology\ | | None | J | T | Buy (add'l) | 02/19/16 | J | | |
| 466. - Atlas Copco | A | Dividend | J | T | | | | | |
| 467. - Autodesk | | None | J | T | | | | | |
| 468. - Baidu | | None | J | T | Buy (add'l) | 06/16/16 | J | | |
| 469. - Banco Bilbao | A | Dividend | J | T | Buy (add'l) | 11/16/16 | J | | |
| 470. - Bank of Hawaii | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 471. - Bank of the Ozaeks | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 472. - Bayer | | None | J | T | Buy | 09/08/16 | J | | |
| 473. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 474. - Bayerische Motoren Werke | A | Dividend | J | T | | | | | |
| 475. - BBA Aviation | A | Dividend | J | T | Buy | 06/20/16 | J | | |
| 476. - Berkley W.R. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - BG Group | | None | | | Sold | 03/17/16 | J | | |
| 478. - Biogen | | None | J | T | Buy (add'l) | 02/03/16 | J | | |
| 479. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 480. - Broadcom | A | Dividend | J | T | | | | | |
| 481. - Bunge Ltd. | A | Dividend | J | T | | | | | |
| 482. - Canadian Nat. Ry. | A | Dividend | J | T | Buy | 02/19/16 | J | | |
| 483. - Carlisle (see note, Part VIII) | A | Dividend | J | T | | | | | |
| 484. - CDW | A | Dividend | J | T | Buy (add'l) | 02/24/16 | J | | |
| 485. - Check Point | | None | J | T | Buy | 09/12/16 | J | | |
| 486. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 487. - Citrix | | None | J | T | | | | | |
| 488. - Coloplast | A | Dividend | | | Sold | 11/29/16 | J | | |
| 489. - Comcast | A | Dividend | J | T | | | | | |
| 490. - Comscore (see Part VIII) | | None | | | Spinoff (from line 557) | 02/01/16 | J | | |
| 491. | | | | | Sold | 02/02/16 | J | | |
| 492. - Cooper Co. | A | Dividend | J | T | Buy (add'l) | 01/26/16 | J | | |
| 493. - Core Labs | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. - Cree | A | Dividend | J | T | | | | | |
| 495. - CSL | A | Dividend | J | T | | | | | |
| 496. - Dassault | A | Dividend | J | T | Sold (part) | 02/16/16 | J | A | |
| 497. - DBS | A | Dividend | J | T | Buy (add'l) | 04/07/16 | J | | |
| 498. - Dentsply (see Part VIII) | A | Dividend | | | Spinoff (from line 569) | 03/01/16 | J | | |
| 499. | | | | | Sold | 03/01/16 | J | | |
| 500. - Discovery Communications | | None | J | T | Buy (add'l) | 08/31/16 | J | | |
| 501. - Dolby | A | Dividend | J | T | | | | | |
| 502. - DrillQuip | A | Dividend | J | T | Buy | 09/29/16 | J | | |
| 503. - Equifax | A | Dividend | J | T | | | | | |
| 504. - Expeditors Int'l | A | Dividend | J | T | | | | | |
| 505. - Factset Research | A | Dividend | J | T | Buy (add'l) | 04/14/16 | J | | |
| 506. - Fanuc | A | Dividend | J | T | Buy (add'l) | 04/14/16 | J | | |
| 507. | | | | | Sold (part) | 12/14/16 | J | A | |
| 508. - Fastenal | A | Dividend | J | T | | | | | |
| 509. - First Cash Fin. Svcs. | A | Dividend | | | Sold | 02/26/16 | J | | |
| 510. - Fluor | A | Distribution | J | T | Buy (add'l) | 08/31/16 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 34 of 50

**Name of Person Reporting**

Newman, Jon O.

**Date of Report**

06/02/2017

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. - Freeport McMoran | | None | J | T | Buy (add'l) | 09/12/16 | J | | |
| 512. - Fresenius | A | Dividend | J | T | | | | | |
| 513. - Fuchs Petrolub | A | Dividend | J | T | | | | | |
| 514. - Grifols S.A. | A | Dividend | J | T | Buy (add'l) | 11/13/16 | J | | |
| 515. - Grupo Televisa | A | Distribution | J | T | Buy | 05/26/16 | J | | |
| 516. - HSBC Holdings | | None | J | T | Buy | 12/13/16 | J | | |
| 517. - Icici | | None | | | Sold | 02/25/16 | J | | |
| 518. | | | J | T | Buy | 12/14/16 | J | | |
| 519. - Immunogen | | None | J | T | Buy (add'l) | 08/31/16 | J | | |
| 520. - Imperial Oil | A | Dividend | | | Sold | 04/12/16 | J | | |
| 521. - Ionis Pharmaceuticals (see Part VIII) | | None | J | T | Buy (add'l) | 11/02/16 | J | | |
| 522. - Itau Unibanco | A | Dividend | J | T | Sold (part) | 03/29/16 | J | | |
| 523. - Jack Henry | A | Dividend | J | T | Sold (part) | 01/22/16 | J | A | |
| 524. - JGC | A | Dividend | J | T | | | | | |
| 525. Johnson Controls Intl (see Part VIII) | A | Dividend | J | T | Spinoff (from line 584) | 09/06/16 | J | | |
| 526. - Kone Oyj | A | Dividend | | | Sold | 11/02/16 | J | | |
| 527. - Kubota (see note, Part VIII) | A | Dividend | J | T | Buy | 05/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 50

Name of Person Reporting

Newman, Jon O.

Date of Report

06/02/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - L'Oreal | A | Dividend | J | T | | | | | |
| 529. - L3 Comm. | A | Dividend | J | T | | | | | |
| 530. - Landstar | A | Dividend | J | T | | | | | |
| 531. - Liberty Broadband | | None | J | T | | | | | |
| 532. - Liberty Interactive Co. Inter A | | None | J | T | Buy (add'l) | 11/07/16 | J | | |
| 533. - Liberty Media | | None | J | T | Buy (add'l) | 08/31/16 | J | | |
| 534. - Linde AG | | None | J | T | Buy (add'l) | 03/20/16 | J | | |
| 535. - Lions Gate | | None | J | T | Buy | 12/12/16 | J | | |
| 536. - Livanova | | None | | | Sold | 08/08/16 | J | | |
| 537. - LVMH Moet | A | Dividend | J | T | | | | | |
| 538. - Manhattan Assoc. | | None | J | T | Buy | 11/29/16 | J | | |
| 539. - Medtronics | A | Dividend | J | T | | | | | |
| 540. - Mitsubishi | A | Dividend | J | T | Buy (add'l) | 08/31/16 | J | | |
| 541. - Monotaro | A | Dividend | J | T | Buy (add'l) | 11/19/16 | J | | |
| 542. - Monotype | A | Dividend | J | T | Buy (add'l) | 08/03/16 | J | | |
| 543. - MSCI Inc Com | A | Dividend | J | T | | | | | |
| 544. - MTN Group | A | Dividend | | | Sold | 10/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 06/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Naspers Ltd. | A | Dividend | J | T | | | | | |
| 546. - National Oilwell | A | Dividend | J | T | Buy (add'l) | 08/31/16 | J | | |
| 547. - Nestle | A | Dividend | J | T | | | | | |
| 548. - Nordson | A | Dividend | J | T | Buy (add'l) | 08/31/16 | J | | |
| 549. - Novo Nordisk | | None | | | Sold | 02/10/16 | J | A | |
| 550. - NOW Inc. | | None | J | T | Buy (add'l) | 08/31/16 | J | | |
| 551. - Nuance Comm. | | None | J | T | | | | | |
| 552. - Nucor | A | Dividend | J | T | | | | | |
| 553. - Park24 | | None | J | T | Buy | 02/05/16 | J | | |
| 554. - Pentair | A | Dividend | J | T | Buy (add'l) | 08/31/16 | J | | |
| 555. - Primerica | A | Dividend | J | T | Sold (part) | 11/30/16 | J | A | |
| 556. - RBC Bearngs | | None | J | T | | | | | |
| 557. - Rentrack (see Part VIII) | | None | | | Closed | 02/02/16 | J | | |
| 558. - Roche | A | Dividend | J | T | Buy (add'l) | 09/08/16 | J | | |
| 559. - Ross Stores | A | Dividend | | | Sold | 11/22/16 | J | B | |
| 560. - Royal Dutch Shell | A | Dividend | J | T | Buy | 03/10/16 | J | | |
| 561. - Sandisk | | None | | | Sold | 05/13/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 50

Name of Person Reporting

Newman, Jon O.

Date of Report

06/02/2017

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - Sands China | | None | | | Sold | 01/26/16 | J | | |
| 563. - SAP AG | A | Dividend | J | T | | | | | |
| 564. - Sasol | A | Dividend | J | T | | | | | |
| 565. - Schlumberger | A | Dividend | J | T | | | | | |
| 566. - Seagate Tech. | A | Dividend | J | T | | | | | |
| 567. - Shire | | None | J | T | Buy | 11/25/16 | J | | |
| 568. - Signature Bank | | None | J | T | Buy (add'l) | 08/03/16 | J | | |
| 569. - Sirona | | None | | | Closed | 03/01/16 | J | | |
| 570. - Snap-on | A | Dividend | J | T | Sold (part) | 01/21/16 | J | A | |
| 571. - Sonova | A | Dividend | J | T | | | | | |
| 572. - Starz Liberty Cap Ser. A | | None | | | Redeemed | 12/12/16 | J | A | |
| 573. - Svenska | A | Dividend | | | Sold | 04/14/16 | J | A | |
| 574. - Symrise | A | Dividend | J | T | | | | | |
| 575. - Sysmex | A | Dividend | J | T | Sold (part) | 06/24/16 | J | A | |
| 576. - Taiwan Semiconductor | A | Dividend | J | T | Sold (part) | 11/17/16 | J | A | |
| 577. - TE Connectivity | A | Dividend | J | T | | | | | |
| 578. - Tenaris | A | Dividend | J | T | Buy | 05/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. - The ADT Corp. | | None | | | Sold | 02/16/16 | J | A | |
| 580. - Towers Watson (see Part VIII) | | None | | | Closed | 06/16/16 | J | | |
| 581. - Tripadvisor | | None | J | T | | | | | |
| 582. - Turkiye Garanti | A | Dividend | J | T | | | | | |
| 583. - Twitter | | None | J | T | Buy (add'l) | 01/15/16 | J | | |
| 584. - Tyco Int'l (see Part VIII) | | None | | | Closed | 09/16/16 | J | | |
| 585. - Unicharm | A | Dividend | | | Sold | 05/25/16 | J | A | |
| 586. - Unilever | A | Dividend | J | T | | | | | |
| 587. - United Health | A | Distribution | J | T | | | | | |
| 588. - Vertex | | None | J | T | Buy (add'l) | 11/03/16 | J | | |
| 589. - Wabco Holdings | | None | J | T | | | | | |
| 590. - Watsco | A | Dividend | J | T | Buy | 01/22/16 | J | | |
| 591. - Weatherford I nt'l | | None | J | T | Buy (add'l) | 08/31/16 | J | | |
| 592. - Western Digital Corp. | A | Distribution | J | T | Buy (add'l) | 05/13/16 | J | | |
| 593. - Willis Towers (see Part VIII) | | None | | | Spinoff (from line 580) | 06/16/16 | J | | |
| 594. | | | | | Sold | 06/16/16 | J | | |
| 595. - Winmark | A | Dividend | | | Sold | 08/02/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - WPP | A | Dividend | J | T | Sold (part) | 07/19/16 | J | A | |
| 597. - Wynn Resorts | A | Dividend | J | T | | | | | |
| 598. - Exchange Traded Closed End Funds (H): | | | | | | | | | |
| 599. - Ishares MSCI EAFE Value Fund | A | Dividend | K | T | Buy (add'l) | 08/31/16 | J | | |
| 600. - Ishares Russell 3000 Fund | A | Dividend | K | T | | | | | |
| 601. - Mutual funds (H): | | | | | | | | | |
| 602. - Alliance Bernstein Global Bond Advisor Fund | A | Dividend | K | T | | | | | |
| 603. - Brandes Emerging Markets I Fund | A | Dividend | K | T | Buy (add'l) | 08/31/16 | J | | |
| 604. - Columbia Acorn Fund | C | Distribution | K | T | Buy (add'l) | 08/31/16 | J | | |
| 605. - Franklin Federated Intermediate-Term Tax Free Fund | C | Int./Div. | L | T | Buy (add'l) | 08/31/16 | J | | |
| 606. - Invesco Premier Tax Exempt | A | Int./Div. | K | T | | | | | |
| 607. - Lateef Fund | C | Distribution | K | T | Buy (add'l) | 08/31/16 | J | | |
| 608. - Lord Abbett Conv. Fund | | None | K | T | Buy (add'l) | 08/31/16 | J | | |
| 609. - Lord Abbett Emer. Mkts. Fund | A | Dividend | K | T | Buy (add'l) | 08/31/16 | J | | |
| 610. - Pimco Real Return Fund | A | Dividend | K | T | Buy (add'l) | 08/31/16 | J | | |
| 611. - TCW Total Return Bond Fund | A | Dividend | K | T | Buy (add'l) | 08/31/16 | J | | |
| 612. - IRA consisting of Stocks and Corporate Bonds (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - brokerage account No. 1 (H): | | | | | | | | | |
| 614. - Citibank Bank Deposit (see Part VIII_ | | None | | | Closed | 06/30/16 | K | | |
| 615. - Morgan Stanley Bank (see Part VIII) | A | Interest | M | T | Open | 06/30/16 | K | | |
| 616. - corporate bonds (H): | | | | | | | | | |
| 617. - Bank of America '16 5.750 | A | Interest | | | Matured | 08/15/16 | K | | |
| 618. - municipal bonds (H): | | | | | | | | | |
| 619. - brokerage account No. 2 (H): | | | | | | | | | |
| 620. - Morgan Stanley, New Haven, CT liquid asset fund | A | Interest | K | T | | | | | |
| 621. - stocks (H): | | | | | | | | | |
| 622. - Abbvie | A | Dividend | J | T | | | | | |
| 623. - Aetna | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 624. - AIA Group | A | Dividend | J | T | | | | | |
| 625. - Air Liquide | A | Dividend | J | T | Sold (part) | 06/09/16 | J | A | |
| 626. - Alfa Laval | A | Dividend | J | T | Buy | 02/12/16 | J | | |
| 627. - Allianz | A | Dividend | J | T | Sold (part) | 07/19/16 | J | A | |
| 628. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 629. - American Electric Power | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Newman, Jon O.                06/02/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  - Amerixan Express | A | Dividend | J | T | Buy | 07/20/16 | J | | |
| 631.  - Ameriprise Financial | A | Dividend | J | T | | | | | |
| 632.  - Anheuser Busch | A | Dividend | | | Sold | 11/16/16 | J | A | |
| 633.  - Apache | A | Dividend | J | T | Buy | 11/11/16 | J | | |
| 634.  - Apple | A | Dividend | J | T | | | | | |
| 635.  - Arm Holding | A | Dividend | | | Sold | 09/22/16 | J | A | |
| 636.  - Aspen | A | Dividend | J | T | Buy | 10/12/16 | J | | |
| 637.  - AT&T | A | Dividend | J | T | Sold (part) | 11/11/16 | J | A | |
| 638.  - Atlas Copco | A | Dividend | J | T | | | | | |
| 639.  - Baidu | A | Dividend | J | T | Buy (add'l) | 04/13/16 | J | | |
| 640.  - Banco Bilbao | A | Dividend | J | T | Buy (add'l) | 11/16/16 | J | | |
| 641.  - Bayer | A | Dividend | J | T | Buy | 09/08/16 | J | | |
| 642. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 643.  - Bayerische Motoren Werke | A | Dividend | J | T | | | | | |
| 644.  - BBA Aviation | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 645.  - BG Group | | None | | | Sold | 03/07/16 | J | | |
| 646.  - Bunge | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. - CA Inc. | A | Dividend | J | T | | | | | |
| 648. - Canadian National Ry. | A | Dividend | J | T | | | | | |
| 649. - Capitol One | A | Dividend | | | Sold | 08/17/16 | J | | |
| 650. - CBS | A | Dividend | J | T | Buy | 12/20/16 | J | | |
| 651. - Celanese | A | Dividend | J | T | | | | | |
| 652. - Check Point | A | Dividend | J | T | Buy | 10/12/16 | J | | |
| 653. - Chevron | A | Dividend | J | T | | | | | |
| 654. - Cisco | A | Dividend | J | T | | | | | |
| 655. - Coloplast | A | Dividend | | | Sold | 11/29/16 | J | | |
| 656. - CSL | A | Dividend | J | T | Sold (part) | 04/01/16 | J | A | |
| 657. - Dassault Systems | A | Dividend | J | T | | | | | |
| 658. - DBS Group | A | Dividend | J | T | Buy (add'l) | 04/07/16 | J | | |
| 659. - Eaton | A | Dividend | J | T | | | | | |
| 660. - Entergy | A | Dividend | J | T | Buy | 05/11/16 | J | | |
| 661. - Exxon Mobil | A | Dividend | J | T | | | | | |
| 662. - Fanuc | A | Dividend | J | T | Buy (add'l) | 04/14/16 | J | | |
| 663. | | | | | Sold (part) | 12/14/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - Fifth Third Bank | A | Dividend | J | T | | | | | |
| 665. - Fluor | A | Dividend | | | Buy | 05/23/16 | J | | |
| 666. | | | | | Sold | 12/02/16 | J | A | |
| 667. - Ford Motor | A | Dividend | | | Sold | 11/30/16 | J | | |
| 668. - Fresenius | A | Dividend | J | T | Buy (add'l) | 07/21/16 | J | | |
| 669. - Fuchs Petrolub | A | Dividend | J | T | | | | | |
| 670. - General Dynamics | A | Dividend | J | T | Buy | 05/19/16 | J | | |
| 671. - General Motors | A | Dividend | J | T | | | | | |
| 672. - Gilead Science | A | Dividend | | | Sold | 08/12/16 | J | | |
| 673. - Grifols S.A. | A | Dividend | J | T | | | | | |
| 674. - Grupo | A | Dividend | J | T | Buy | 08/12/16 | J | | |
| 675. - Hartford Fin. Serv. | A | Dividend | J | T | | | | | |
| 676. - Honeywell | A | Dividend | J | T | Buy | 11/30/16 | J | | |
| 677. - HSBC Holdings | A | Dividend | J | T | Buy | 12/13/16 | J | | |
| 678. - IBM | A | Int./Div. | J | T | | | | | |
| 679. - Icici Bank | A | Dividend | | | Sold | 02/25/16 | J | | |
| 680. - Icici Bank | A | Dividend | J | T | Buy | 12/14/16 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681.  - Imperial Oil | | None | | | Sold | 04/12/16 | J | | |
| 682.  - Intel | A | Dividend | J | T | | | | | |
| 683.  - International Paper | A | Dividend | J | T | | | | | |
| 684.  - Itau | A | Dividend | J | T | Sold (part) | 03/29/16 | J | | |
| 685.  - JGC | A | Dividend | J | T | | | | | |
| 686.  - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 687.  - JP Morgan Chase | A | Dividend | J | T | | | | | |
| 688.  - Kone Oyj | A | Dividend | | | Sold | 11/02/16 | J | | |
| 689.  - Kubota | A | Dividend | J | T | Buy | 05/26/16 | J | | |
| 690.  - L'Oreal | A | Dividend | J | T | | | | | |
| 691.  - Linde AG | A | Dividend | J | T | Buy (add'l) | 03/30/16 | J | | |
| 692.  - LVMH Moet | A | Dividend | J | T | | | | | |
| 693.  - Macy's | A | Distribution | | | Sold | 05/19/16 | J | | |
| 694.  - Mattel | A | Dividend | J | T | | | | | |
| 695.  - Metlife | A | Dividend | J | T | Sold (part) | 07/19/16 | J | A | |
| 696.  - Mitsubishi | A | Dividend | J | T | | | | | |
| 697.  - Monotaro | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. - MTN Group | A | Dividend | | | Sold | 10/24/16 | J | | |
| 699. - Nabors | A | Dividend | J | T | Buy | 12/21/16 | J | | |
| 700. - Naspers | A | Dividend | J | T | | | | | |
| 701. - Nestle | A | Dividend | J | T | | | | | |
| 702. - Novo Nordisk | | None | | | Sold | 02/16/16 | J | A | |
| 703. - Oracle | A | Dividend | J | T | Buy | 08/03/16 | J | | |
| 704. - Park24 | A | Dividend | J | T | Buy | 02/05/16 | J | | |
| 705. - Pfizer | A | Dividend | J | T | | | | | |
| 706. - PNC Financial | A | Dividend | J | T | | | | | |
| 707. - Procter & Gamble | A | Dividend | J | T | | | | | |
| 708. - Public Service Enterprise | A | Dividend | J | T | | | | | |
| 709. - Quest Diagnostics | A | Dividend | J | T | | | | | |
| 710. - Roche | A | Dividend | J | T | Buy (add'l) | 09/08/16 | J | | |
| 711. - Royal Dutch Shell | A | Dividend | J | T | Buy (add'l) | 02/29/16 | J | | |
| 712. - Ryder Systems | A | Dividend | J | T | | | | | |
| 713. - Sands China Ltd | | None | | | Sold | 01/26/16 | J | | |
| 714. - SAP | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

Newman, Jon O.                                    06/02/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. - Sasol | A | Dividend | J | T | Sold (part) | 12/02/16 | J | | |
| 716. - Schlumberger | A | Dividend | J | T | | | | | |
| 717. - Shire | A | Dividend | J | T | Buy | 11/28/16 | J | | |
| 718. - Sonova | A | Dividend | J | T | | | | | |
| 719. - Svenska | | None | | | Sold | 04/14/16 | J | A | |
| 720. - Symrise | A | Dividend | J | T | | | | | |
| 721. - Sysmex | A | Dividend | J | T | Sold (part) | 06/24/16 | J | | |
| 722. - Taiwan Semiconductors | A | Dividend | J | T | Sold (part) | 11/17/16 | J | A | |
| 723. - Tenaris | A | Dividend | J | T | Buy | 05/26/16 | J | | |
| 724. - Teva Pharmaceuticals | | None | | | Sold | 05/11/16 | J | | |
| 725. - Time Waner | | None | | | Buy | 08/12/16 | J | | |
| 726. | | | | | Sold | 11/11/16 | J | A | |
| 727. - Total | A | Dividend | | | Sold | 12/20/16 | J | | |
| 728. - Travelers | A | Dividend | J | T | | | | | |
| 729. - Turkiye | A | Dividend | J | T | | | | | |
| 730. - Unicharm | | None | | | Sold | 05/26/16 | J | A | |
| 731. - Unilever PLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - United Technologies | A | Dividend | J | T | | | | | |
| 733. - U.S. Bancorp | A | Dividend | J | T | Buy | 08/03/16 | J | | |
| 734. - Valero | | None | | | Sold | 05/23/16 | J | | |
| 735. - Verizon | A | Dividend | J | T | | | | | |
| 736. - Walmart | A | Dividend | J | T | | | | | |
| 737. - Wells Fargo | A | Dividend | J | T | | | | | |
| 738. - WPP | A | Dividend | J | T | Sold (part) | 07/19/16 | J | A | |
| 739. - Exchange Traded and Closed End Funds (H): | | | | | | | | | |
| 740. - Ishares Barclays 7-10 Year Treasury Fund | B | Dividend | L | T | | | | | |
| 741. - Ishares MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 742. - Ishares Russell 1000 Index Fund | B | Dividend | L | T | | | | | |
| 743. - Ishares Russell 1000 Value Fund | B | Dividend | L | T | | | | | |
| 744. - Ishares Russell 3000 Fund | B | Dividend | L | T | | | | | |
| 745. - Ishares Russell mid-cap Fund | A | Dividend | L | T | | | | | |
| 746. - Ishares TIPS Bond Fund | A | Dividend | K | T | | | | | |
| 747. - SPDR DJ Wilshire Int'l Real Estate | C | Dividend | K | T | | | | | |
| 748. - Vanguard Utilities Fund | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**      Name of Person Reporting      Date of Report

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - Mutual Funds (H): | | | | | | | | | |
| 750. - Cohen & Steers Pref. Sec. & Inc. 1 | B | Dividend | K | T | | | | | |
| 751. - Invesco AIM ATST Premier Fund | A | Dividend | J | T | | | | | |
| 752. - Legg Mason Western Asset Emerging Markets Fund | C | Dividend | K | T | | | | | |
| 753. - Mainstay Marketfield I Fund | A | Dividend | K | T | | | | | |
| 754. - Oppenheimer Int'l Fund | B | Dividend | K | T | | | | | |
| 755. - Pimco Total Return Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Newman, Jon O.

Date of Report

06/02/2017

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

global: all entries have been listed alphabetically within separately numbered brokerage accounts and, within each account, grouped within categories labeled "stocks," "exchange traded and closed end funds," "mutual funds," and "bonds" as permitted according to advice received from committee staff.

Lines 14 and 15: The disposition of Johnson Controls is not technically 'closed," and the acquisition of Johnson Controls Intl is not technically a spin-off. There was a compulsory tender, with Johnson Controls Intl and cash received after Johnson Controls was tendered, but there is no automatic way to enter these actions.
Lines 110 and 118: The entries for column D(1) are not technically correct. The acquisition of Johnson Controls Intl and the disposition of Tyco resulted from a compulsory tender. There is no automatic way to enter these actions.
Lines 150 and 156: The entries for column D(1) are not technically correct. The shares of Plum Creek were exchanged for shares of Weyerhauser. There is no automatic way to enter these actions.
Line 183: The entry for column D(1) is not technically correxct. The shares of Ace were exchanged for Chubb.There is no automatic way to enter this action.
Line 196: The entry for column D(1) is not technikcally correct. The shares of Chubb were acquired in an exchange for shares of Ace. There is no automatic way to ereport this action.
Line 209: This stock was mislabeled on the 2015 report as International Exchange Group; the correct name is Intercontinental Exchange Group.
Lines 250 and 251: The entries for column D(1) are not technically correct. The shares of SPDR Nuveen Barclays Fund were exchanged for shares of SPDR Nuveen Barcalsys Mun. Fund. There is no automatic way to enter these actions.
Lines 498 and 569: The entries for column D(1) are not technically correct. The shares of Dentsply were acquired in exchange for shares of Sirona. There is no automatic way to ereport this action.
Line 483: Carlisle was misspelled "Carliale."
Lines 490 and 557: The entries for Column D(1) are not technically correct. The shares of Comscore were acquired in an exchange for shares of Rentracl. There is no automatic way to enter these actions.
Line 489: Carlisle was misspelled as "Carliale."
Line 521: Ionis Pharmaceutical was misspelled on the 2015 report as Isis Pharmaceuticals.
Lines 525 and: 584The entry for Column D(1) is not technically crrect. The shares of Johnson Controls Intl and the disposition of Tyco resulted from a cmpulsory tender offer. There is no automatic way to enter these actions.
Line 527: Kubota was misspelled as "Kuboa."
Lines 580 and 593: The entries for D(1) are not technically xorrect. The sharees of Willis Towers were acquired in an exchange for shares of Towers Watson. There is no automatic way to ereport this action.
Lines 614 and 615: Morgan Stanley shifted funds from Citibank into Morgan Stanley Bank, and closed the Citiban account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jon O. Newman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544